IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00107-MR
[Criminal Case No. 1:18-cr-00073-MR-WCM-1]

| | |
|---|---|
| CAROL JEAN DUNN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1].

On May 4, 2020, the Court conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings and determined that the petition had not been signed by the Petitioner under penalty of perjury. [Doc. 2]. The Court therefore ordered the Petitioner to sign the petition under penalty of perjury and submit her petition using the proper § 2255 form within twenty (20) days of the entry of the Order. [Id.]. The Petitioner was specifically warned that failure to comply with the Court's Order would result in the dismissal of this action without prejudice. [Id.].

More than twenty (20) days have now passed, and the Petitioner has failed to file a signed petition. The Court, therefore, will dismiss the motion to vacate without prejudice.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1] is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED.**

Signed: June 8, 2020

Martin Reidinger
Chief United States District Judge